UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| THE AMERICAN LINE BUILDERS JOINT APPRENTICESHIP AND TRAINING COMMITTEE,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>JONATHAN WALDEN,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 3:20-cv-80<br><br>Judge Thomas M. Rose |

## ORDER TO REMAND

    Following a Motion to Remand, for good cause shown, this Court now remands this matter to the Clark County Municipal Court.

                                                                       Ordered,

May 5, 2020                                               s/Thomas M. Rose
                                                                       _____

                                                                      UNITED STATES DISTRICT JUDGE

1